# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARCOS DURAN,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:16-cv-00347-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING BRIEFING SCHEDULE<br><br>(ECF Nos. 11, 12) |

    Plaintiff filed this action challenging the denial of Social Security benefits on March 11, 2016.  (ECF No. 1.)  On March 14, 2016, the summons and scheduling order issued establishing the deadlines in this action.  (ECF No. 4.)  The administrative record was filed on July 27, 2016.  (ECF No. 10.)  Pursuant to the scheduling order, Plaintiff's opening brief was due 95 days after the administrative record was filed.  (ECF No. 4 at 2-3.)  Plaintiff did not file a timely opening brief and an order to show cause issued on November 9, 2016.  (ECF No. 11.)  Plaintiff filed a response to the order show cause on November 9, 2016.  (ECF No. 12.)

    In his response to the order to show cause, counsel states that he checked for the administrative transcript when it was due in May 2016 and June 2016, and since it was not filed he waited to receive the paper format.  According to the scheduling order, the administrative transcript in a social security action is to be filed within one hundred twenty days after service of the complaint.  (ECF No. 4 at ¶ 2.)  In this instance, the complaint was served on March 28, 2016.  (ECF No. 5.)  Accordingly, the administrative record was timely filed on July 27, 2016.  (ECF No. 10.)  Further, the CM/ECF system shows that counsel was electronically notified at his e-mail address of record that the transcript had been lodged on July 27, 2016.

Based on Plaintiff's response, the order to show cause shall be discharged, however, counsel is advised that the Court expects and requires the parties read and familiarize themselves with the orders issued in the action and the Local Rules. Future failures to read and understand orders will not be excused and will be subject to sanctions. Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued November 7, 2016 is DISCHARGED; and

2. The scheduling order is amended as follows:

   a. The Commissioner's confidential letter brief shall be served on or before December 13, 2016;

   b. Any stipulation to remand the case or Plaintiff's opening brief shall be filed on or before January 13, 2017;

   c. The Commissioner's responsive brief shall be filed on or before February 13, 2017;

   d. Plaintiff may file a reply brief on or before February 28, 2017; and

2. The parties are advised that due to the impact of social security cases on the Court's docket and the Courts desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

IT IS SO ORDERED.

Dated:   **November 15, 2016**

UNITED STATES MAGISTRATE JUDGE

2