1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11  JOSEPH MARCOS DURAN,                  Case No.  1:16-cv-00347-SAB

12            Plaintiff,                  ORDER REQUIRING PLAINTIFF TO FILE
                                          AFFIDAVIT FOR LEAVE TO PROCEED ON
13        v.                              APPEAL WITHOUT PREPAYMENT OF FEES

14  COMMISSIONER OF SOCIAL
    SECURITY,
15
              Defendant.
16

17

18        On April 7, 2017, an order issued denying Plaintiff Joseph Marcos Duran's appeal from

19  the final decision of the Commissioner of Social Security and judgment was entered in favor of

20  the Commissioner of Social Security and against Plaintiff.  (ECF Nos. 19, 20.)  Plaintiff filed a

21  notice of appeal and a motion to proceed in forma pauperis on April 19, 2017.  (ECF Nos. 21,

22  23.)

23        Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, "a party to a district-

24  court action who desires to appeal in forma pauperis must file a motion in the district court."

25  Fed. R. App. P. 24(a).   "The party must attach an affidavit that: (A) shows in the detail

26  prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for

27  fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party

28  intends to present on appeal."  Plaintiff's application to proceed in forma pauperis on appeal does

not comply with the requirements of Rule 24.

Accordingly, IT IS HEREBY ORDERED that within ten (10) days of the date of service of this order, Plaintiff shall file an affidavit that complies with Rule 24 of the Federal Rules of Appellate Procedure.

IT IS SO ORDERED.

Dated:  **April 20, 2017**

_____
UNITED STATES MAGISTRATE JUDGE