# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARCOS DURAN,<br><br>       Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No. 1:16-cv-00347-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES ON APPEAL AND DIRECTING CLERK OF THE COURT TO FORWARD THIS ORDER TO THE NINTH CIRCUIT COURT OF APPEALS<br><br>(ECF Nos. 22, 26) |

    On April 19, 2017, Plaintiff filed a notice of appeal and an application to proceed in the district court without prepaying fees or costs. (ECF Nos. 21, 22.) On April 20, 2017, Plaintiff was ordered to file an affidavit for leave to proceed on appeal without prepayment of fees that complied with Rule 24 of the Federal Rules of Appellate Procedure. (ECF No. 25.) On April 27, 2017, Plaintiff filed an affidavit to proceed in forma pauperis. (ECF No. 26.) . Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

    Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's application to proceed in forma pauperis is GRANTED and the Clerk of the Court is DIRECTED to forward a copy of this order to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: **April 28, 2017**

UNITED STATES MAGISTRATE JUDGE

1